# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VENN THERAPEUTICS,
      Plaintiff,
  vs.

CORBUS PHARMACEUTICALS
HOLDINGS, INC., YUVAL COHEN,
and DYLAN WENKE,
      Defendants.

Case No. 8:21-cv-02716-JLB-TGW

## NOTICE OF RESOLUTION PURSUANT TO LOCAL RULE 3.09

Pursuant to Local Rule 3.09, the parties hereby notify the Court that this matter has been resolved. The parties anticipate filing a stipulation of dismissal with prejudice with the Court within the next twenty days.

Respectfully submitted,

| s/ Kelli A. Edson | s/ David L. Luikart |
|---|---|
| Kelli A. Edson, Esq. | David L. Luikart, III, Esq. |
| Florida Bar No. 179078 | Florida Bar No. 21709 |
| QUARLES & BRADY LLP | HILL WARD HENDERSON |
| 101 E. Kennedy Blvd., Suite 3400 | 101 E. Kennedy Blvd, Suite 3700 |
| Tampa, FL 33602-5195 | Tampa, FL 33602 |
| Telephone: 813-387-0300 | Telephone: 813-221-3900 |
| kelli.edson@quarles.com | dave.luikart@hwhlaw.com |
| | |
| Robert D. Carroll (pro hac vice) | Simon Franzini, Esq. |
| Lana S. Shiferman (pro hac vice) | Gabriel Z. Doble, Esq. |
| GOODWIN PROCTER LLP | DOVEL & LUNER LLP |
| 100 Northern Avenue | 201 Santa Monica Blvd., Suite 600 |
| Boston, MA 02210 | Santa Monica, CA 90401 |
| rcarroll@goodwinlaw.com | *Attorneys for Plaintiff* |
| lshiferman@goodwinlaw.com | |

| *Attorneys for Defendants* | |
|---|---|

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed on May 13, 2022, using the Court's CM/ECF system and that a true and accurate copy was served by electronic mail via the CM/ECF system to:

| | |
|---|---|
| David L. Luikart, III, Esq.<br>Florida Bar No. 21709<br>HILL WARD HENDERSON<br>101 E. Kennedy Blvd, Suite 3700<br>Tampa, FL 33602<br>Telephone: 813-221-3900<br>dave.luikart@hwhlaw.com<br>*Attorneys for Plaintiff* | Simon Franzini, Esq.<br>Gabriel Z. Doble, Esq.<br>DOVEL & LUNER LLP<br>201 Santa Monica Blvd., Suite 600<br>Santa Monica, CA 90401<br>*Attorneys for Plaintiff*<br><br>s/ Kelli A. Edson<br>Attorney |

QB\73964215.1